WALTER C. HEMINGWAY et al., appellants,

*v.*

ERIC T. BALL, respondent.

[Decided January 31st, 1936.]

*Mr. John Milton,* for the appellants.

*Mr. George S. Harris,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *118 N. J. Eq. 378*.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.